SHALINI DOGRA, SBN 309024
*shalini@dogralawgroup.com*
DOGRA LAW GROUP PC
2219 Main Street, Unit 239
Santa Monica, CA 90405
Telephone: (747) 234-6673
Facsimile: (310) 868-0170
*Attorneys for Named Plaintiff KIMBERLY AUSSIEKER and Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY AUSSIEKER, an Individual; <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS, CO. a Michigan Corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No: 23-CV-0003-LB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Kimberly Aussieker voluntarily dismisses with prejudice the above-entitled action against Defendant General Motors Company. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated:     February 3, 2023          **DOGRA LAW GROUP PC**

By: _____
SHALINI DOGRA, ESQ.
Attorney for Plaintiff
KIMBERLY AUSSIEKER